**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00332-REB-CBS

MICHAEL D. BROWN,
PREFERRED AIRCRAFT DETAILING, LLC., and
PREFERRED LIMOUSINE, LLC.,

      Plaintiffs,

v.

A&J AIRWAYS, INC., formerly known as THE FLIGHT DEPARTMENT, INC., and
ANDREW DOREMUS,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss** [#20], filed September 14, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#20], filed September 14, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for May 2, 2008, is **VACATED**;

3. That the jury trial set to commence May 12, 2008, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 17, 2007, at Denver, Colorado.

                      **BY THE COURT:**

                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn**
                      **United States District Judge**